# Exhibit 12-B



### First Alton Inc.
450 Alton Rd. Ste 1603
Miami Beach, FL 33139 USA

**INVOICE**

| | |
|---|---|
| Date: | **7-23-2015** |
| Invoice Number: | **07231501** |
| Due Date: | **08/15/15** |

| | | | |
|---|---|---|---|
| FROM: | First Alton Inc.<br>450 Alton Rd #1603<br>Miami Beach, FL 33139 USA | TO: | Acai Investments Limited<br>Craigmuir Chambers<br>Road Town, Tortola<br>VG 1110, British Virgin Islands |

TAX NOT APPLICABLE

| Description | Total |
|---|---|
| Consultancy Fees | USD 3,977,888.05 |

Please arrange for payment to be made to:

**Name: First Alton Inc.**
**Bank: Wells Fargo**
Account: ████0267
**SWIFT Code: WFBIUS6S**
**Bank Address:** Wells Fargo
784 Broadway
New York, NY 10003 USA

Thank you,

*R. Lu*

Roger Lehman
Director, First Alton Inc.

ELYSIUM-00008355